**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN P. EGGERT and JOHNNETTE P. EGGERT,

      Plaintiffs,

v.                                                                        Case No. 04-CV-73882-DT

EQUIFAX CREDIT INFORMATION SERVICES,

      Defendant.
      _____/

**ORDER STAYING CASE UNTIL DECEMBER 29, 2005**

On November 17, 2005, the court conducted a telephone conference in the above-captioned matter. During the conference, the parties requested a brief stay of this case in order to pursue settlement negotiations. The parties having assured the court that they will use this time productively,

IT IS ORDERED that formal proceedings in this matter are temporarily STAYED to allow the parties an opportunity to reach an amicable resolution to this action.[1] In the event a settlement is reached, the parties are DIRECTED to submit a stipulated order of dismissal no later than **December 29, 2005.** If no order is received by December, 29, 2005, the court will issue a scheduling order which will, among other things, set a discovery deadline of **February 28, 2006.**

                                                S/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: November 18, 2005

---

[1] Plaintiffs are specifically directed to convey their first settlement demand by November 30, 2005, and Defendant should respond, at the latest, two weeks thereafter.

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 18, 2005, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522